United States District Court
Southern District of Texas
**ENTERED**
August 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRITTANY M STEPHENS,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04930 |
| NB ELITE REALTY, *et al.*,<br>Defendants. | §<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On May 6, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 49). Judge Bryan filed a *Memorandum and Recommendation* on July 7, 2026, recommending that this case be remanded to state court. (Dkt. 59).

On July 21, 2026, Defendants filed their objections. (Dkt. 60). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a *de novo* determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this *de novo* review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Defendants' objections (Dkt. 60) are

**OVERRULED**.[1] The Court **ACCEPTS** Judge Bryan's *Memorandum and Recommendation* and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bryan's *Memorandum and Recommendation* (Dkt. 59) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) This matter is **REMANDED** to Harris County 80th Judicial Court, where it was assigned case number 2025-64551;

(3) All pending motions are **DENIED as MOOT**;

(4) The Clerk is directed to send a certified copy of this order via certified mail, return receipt requested, to the Chief Clerk of Harris County 80th Judicial Court.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on August 7, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

[1] The Court notes that this order is made without prejudice to later state court pleadings which may re-establish federal jurisdiction and that Defendants may, upon Plaintiff filing such a state court pleading, remove this case from state court once again.